AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number:  **10-CV-80240-Marra/Johnson**

KATHY ANN GARCIA-LAWSON,

                Plaintiff

v.

SUNTRUST BANKS, INC.,

                Defendant

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

SUNTRUST BANKS, INC., 303 PEACHTREE STREET, NE, SUITE 3600, ATLANTA, GEORGIA 30308.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KATHY ANN GARCIA-LAWSON, 2620 NATURES WAY, PALM BEACH GARDENS, FLORIDA 33410.

an answer to the complaint which is herewith served upon you, within _____ 21 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SUMMONS**      February 12, 2010
DATE

Steven M. Larimore
Clerk of Court

s/Olivia Tompkins
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: **10-CV-80240-Marra/Johnson**

KATHY ANN GARCIA-LAWSON,

             Plaintiff

v.

JEFFREY P. LAWSON,

             Defendant

### SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

JEFFREY P. LAWSON, 113 ASHLEY COURT, JUPITER, FLORIDA 33458.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KATHY ANN GARCIA-LAWSON, 2620 NATURES WAY, PALM BEACH GARDENS, FLORIDA 33410.

an answer to the complaint which is herewith served upon you, within _____ 21 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



**SUMMONS**

DATE: February 12, 2010

Steven M. Larimore
Clerk of Court

s/Olivia Tompkins
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 10-CV-80240-Marra/Johnson

KATHY ANN GARCIA-LAWSON,

                  Plaintiff

v.

SUNTRUST MORTAGE, INC.,

                  Defendant

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

SUNTRUST MORTAGE, INC., 901 SEMMES AVENUE, RICHMOND, VIRGINIA 23224.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

kATHY ANN GARCIA-LAWSON, 2620 NATURES WAY, PALM BEACH GARDENS, FLORIDA 33410.

an answer to the complaint which is herewith served upon you, within ~~~~~ 21 ~~~~~ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



**SUMMONS**           February 12, 2010
        DATE

Steven M. Larimore
Clerk of Court

s/Olivia Tompkins
Deputy Clerk
U.S. District Courts