UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

KATHY ANN GARCIA LAWSON,    CASE NO. 10-cv-80240 Marra/Johnson

    Plaintiff,

v.

SUNTRUST MORTGAGE, INC.,
SUNTRUST BANK, INC., and JEFFREY
P. LAWSON, and ALL JANE AND JOHN
DOES 1-50,

    Defendants.
_____/



FILED by _____ D.C.

APR 1 9 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### MOTION FOR PLAINTIFF'S JOINT STIPULATION OF VOLUNTARY DISMISSAL
### FOR DEFENDANT JEFFREY P. LAWSON under FRCP 41(a)1(A)ii and VOLUNTARY DISMISSAL OF DEFENDANTS' SUNTRUST MORTGAGES, INC., AND SUNTRUST BANK, INC. under FRCP 41(a)1(A)i.

Plaintiff, Kathy A. Garcia-Lawson, pursuant to Rule 41(a)(1)(A)i and Rule 41(a)(1)(A)ii of the Federal Rules of Civil Procedure hereby moves the court to voluntary dismissal of Plaintiff's Complaint for Quiet Title and Breach of Contract filed on February 12, 2010. According to FRCP 41 (a)(1)(A)i and 41(a) (1)(A) ii,

**(a) Voluntary Dismissal.**

    **(1) By the Plaintiff.**

        (A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

            (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

            (ii) a stipulation of dismissal signed by all parties who have appeared.

1

(B) *Effect.* Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

Plaintiff, Kathy Garcia-Lawson filed on February 12, 2010 the Complaint For Quiet Title and Breach of Contract. Subsequently, Defendants SUNTRUST MORTAGES, INC. and SUNTRUST BANK, INC. filed Defendants' Motion to Dismiss Plaintiff's Compliant and Motion to Strike For Jury Trial on March 29, 2010 (Dkt# 9). Defendants' SunTrust Mortgages, Inc., and SunTrust Bank, Inc. did not file a responsive pleading, therefore, Plaintiff Garcia-Lawson may dismiss the current action without court order pursuant to FRCP 41(a)(1)(A)(i). While Defendant, Jeffrey P. Lawson, had previously filed a response to Plaintiff's complaint, he now consents to Plaintiff's Joint Stipulation of Voluntary Dismissal under FRCP 41(a)1(ii). See Exhibit A, Joint Stipulation of Agreement.

### PRAYER FOR RELIEF

Plaintiff, Kathy Ann Garcia-Lawson prays that the court will dismiss Plaintiff's complaint against all Defendants, SUNTRUST MORTAGES, INC., SUNTRUST BANK, INC. under FRCP 41(a)(1)(A)i and Jeffrey P. Lawson under FRCP 41(a)1(A)(ii) without prejudice.

Respectfully submitted,

April 19, 2010

By: *[signature]*
Kathy Ann Garcia-Lawson, *pro se*
2620 Nature's Way
Palm Beach Gardens, Florida 33410
Telephone: 561-624-8724

2

## CERTIFICATE OF FILING AND SERVICE

I, the undersigned Plaintiff, Kathy Ann Garcia-Lawson, do hereby certify that I filed an original signed copy of <u>PLAINTIFF'S JOINT STIPULATION OF VOLUNTARY DISMISSAL</u>, with the U.S. District Clerk for the Southern District of Florida in West Palm Beach, Florida, and furnished copies via U.S.P.S. on this 19th day of April, 2010, to Liebler, Gonzalez & Portuondo, P.A., attorneys for SunTrust Mortgage, Inc. and SunTrust Bank, Inc. Courthouse Tower-25th Floor, 44 West Flagler Street, Miami, Florida 33130, and also to Jeffrey P. Lawson, 113 Ashley Court, Jupiter, Florida 33408

Respectfully Submitted,

April 19, 2010

By: *[signature] Kathy A. Garcia-Law*

Kathy Ann Garcia-Lawson, pro se
2620 Nature's Way
Palm Beach Gardens, Florida 33410
Telephone: 561-624-8724

# EXHIBIT A

Case 9:10-cv-80240-KAM   Document 11   Entered on FLSD Docket 04/20/2010   Page 4 of 5

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff, Kathy Ann Garcia-Lawson, pro se, 2620 Natures Way, Palm Beach Gardens, Fl 33410, 561 624-8725,

Defendant, Jeffrey P. Lawson, pro se, 113 Ashley Court, Jupiter, Florida 33408.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Kathy Ann Garcia-Lawson and Defendant Jeffrey P. Lawson, being all parties who entered an appearance in the above-referenced case (Case No: 10-cv-80240-Marra/Johnson), hereby jointly and mutually stipulate to the dismissal of all claims asserted herein by virtue of any pleading entered or filed in this proceeding, without prejudice.

Dated this 19 day of Apr, 2010.

Agreed By _____
Jeffrey P. Lawson
113 Ashley Court
Jupiter, Florida
(561) 951-1226

4