UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

10-80240-Civ-Marra/Johnson

KATHY ANN GARCIA-LAWSON,

Plaintiff,

v.

SUNTRUST MORTGAGE, INC. ,
SUNTRUST BANK, INC., and JEFFREY P.
LAWSON, and ALL JANE AND JOHN
DOES 1-50,

Defendants.
_____/

## ORDER DISMISSING CASE

This cause is before the Court upon Motion for Plaintiff's Joint Stipulation of Voluntary Dismissal for Defendant Jeffrey P. Lawson and Voluntary Dismissal of Defendants' SunTrust Mortgages, Inc. and SunTrust Bank, Inc. (DE 11).  The Court has carefully considered the submission and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the above-styled cause is dismissed without prejudice.  The Clerk shall close the case and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 10th day of May, 2010.

_____
KENNETH A. MARRA
United States District Judge